*Mun-T*

**RECEIVED**

JUL 10 2014
JUL 1 0 2014

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DIONELL PAYNE

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

COOK COUNTY

CERMAX SERVICES

TOM DART

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
<u>use "et al."</u>)

14-cv-5299
Judge Matthew F. Kennelly
Magistrate Judge Geraldine Soat Brown

CHECK ONE ONLY:

___✓___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)  ADA

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

A.  Name: _Dionell Payne_

B.  List all aliases: _Deick Cameron_

C.  Prisoner identification number: _2012019167_

D.  Place of present confinement: _cook county Jail_

E.  Address: _P.O. Box 089002 chicago IL, 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: _Cook county_

Title: _Cook county_

Place of Employment: _Cook county Illinois_

B.  Defendant: _Cermak health Services_

Title: _Cermak Health Services of cook county_

Place of Employment: _cook county of Illinois_

C.  Defendant: _Tom Dart_

Title: _Sheriff of cook county Jail_

Place of Employment: _Cook county Jail of cook county_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *PAYNE VS. DorT 13C3341*

B. Approximate date of filing lawsuit: *May 2013*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Dionell Payne Derek Cameron*

D. List all defendants: *Thomas Dart, John Murphy, Scot Brathen*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *United States NORTHERN District IL, Eastern Div*

F. Name of judge to whom case was assigned: *Matthew F Kennell Magistrate Scot Brown*

G. Basic claim made: *Accessible Housing*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Settlement Global*

I. Approximate date of disposition: *3/2014*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: PAYNE VS. Dart 14 C 1430

B. Approximate date of filing lawsuit: March 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Dionell Payne Derek Cameron

D. List all defendants: Thomas Dart, Superintendant Greer Sergent Doody, Sergent Dabuk, officer cruz Officer Mahoffer

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S Northern of ILL. Erstern Division

F. Name of judge to whom case was assigned: Mothew F. Kennelly Magistrate soot Brown

G. Basic claim made: Assault

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): settlement Global

I. Approximate date of disposition: March 2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

(3)

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _PAYNE VS. City of chicago_
_11 C 6623_

B.  Approximate date of filing lawsuit: _Sept 2011_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _Dionell Payne_
_Derek cameron_

D.  List all defendants: _Chicago Police Sergent Maher, officer Miguel Boutiste, officer Peter Medina, Jerry Henderson, William Denton, City of chicago_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHERN of Illinois Eastern Division_

F.  Name of judge to whom case was assigned: _Matthew F. Kennelly_

G.  Basic claim made: _False Arrest, Malicious Prosecution_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _PEnding_

I.  Approximate date of disposition: _STILL PENDING_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) I have been Housed in division 8 cermak tier 3 west Room 3215 Since JAN. 2014, I'm a tetraplegia recovering from being Parlyze from neck down, I use a wheelchair, walker, and cane for Movement I'm also Classify General population and have been mandated To cermak hospital. (2) Throughout my stay in cermak I have inform cook county Staff through request slip, verbally and Grievance's of How Im being deprived of Programs and services based on my disability (which consist of School/trade's, church, General and law library, Yard Gym and commissary Food items) To no Avail my plea's fell on deaf ears of this Right. (3) Being classify general population gives me the Same Privileges as other's Detainee's that are general population. being housed In cermak has cause cook county to be indifferent to my self and other's that are general population and disable that also are mandated Medically or through the court's. I'm legally and physically disable with medical Devices for movement. (*) Cermak Health services also house's Mental Health detainee's which are allow certain programs and services that are A privileges (meaning Yard that is a recreation). What makes these cermak detainee's different from me. The detainee's that are on

4                                                          Revised 9/2007

The compound of cook county jail are mostly general population that
Receives the right legally to participate in program and services
As well as commissary, food etc, yard, gym, school/trade, church, General
And law library. Wheather disable or not, why should I be
Deprive the same right what's makes these detainee's different
I also need recreation for or to help in my disability, School/trade
To educate my self futher, Church to worship and fellowship
My faith. General and law library to read and study, to research
To help in my situation legally. other detaince's are allow this
Right why not me. (6) This place (cermak) is consider a hospital
Which is to provide needs and services of the patience's Whether
Disable or not. Here in cermak Nurse's and patience care Assistance's
Are to help and assist cermak is part of the compound meaning
Anywhere there are program and services they are on or within
The compound. (7) If one cannot move limbs, be ridden or wheelchair
Bound, Needs to go to outside court or the hospital out side of the
compound then medical staff or security are responsible to
Take or Escort with pushing or helping to get one from place
To place Which is the same policy on the compound when detainee's
Go to yard, gym, church, school/trade, General and law library and commissary
Why should I be deprive of the same privileges that are accessible
To me, cook county violate my civil rights of Institutionalize Person act

5                                                    Revised 9/2007

Which jeopardizes my health, by causing defiencies in my Health.(8) Cook county has denie me the same privileges and Rights as other general population detainee's causing grevious Harm and resistance to my self and other's that are housed In cermak as general population detainee's from having Full Enjoyment of a constitutional right and a A.D.A. Standard. Cook county policy is that general population detainee's will Be able to participate in programs and services and receive Commissary (with food etc) Being housed in cermak services Shouldn't deprive me the privileges to participate in programs And services due to my disability which shows intentional Discrimination.(9) In responds to my grievance I was visited By A MS. Marlene Fuentes on May 28, 2014 who is a A.D.A Compliance officer of cook county sheriff's office, as well as a Attorney I was basically told by Ms. Fuentes that if I contact the judge who Mandated me to be housed in cermak to remove me then and only Then would I be able to participate in services and receive commissary (with food etc) to me I took as retaliation for the reason I'm housed in Cermak. Ms. Fuentes display a very unprofessional responds by threating Me with a Alternative through contacting a Judge to release me from being mandated. After this meeting with Ms. Fuentes, I notice My religion change from A muslim to other after complaining 2 Months by request Slips and grievances and was told by Ms. Fuentes She who do more for me if I Leave cermak, my religion was Changed days after my visit with Fuentes. Attach you will Find Grievances and Request's slips As well as Ms. Fuentes Responds where She Said I was offer reasonable access. To This day I am still denied and deprive participation in programs and services And commissary (food etc).

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To have access to Programs and services including. Commissary food etc. Gym, yard, School/trade, church, General And Law Library according to A.D.A Standard, Training For A.D.A compliance officer to advoid retaliation of future Situation, That compensatory and Punitive damages Be Awarded As well as Injunctive Relief.

**VI.    The plaintiff demands that the case be tried by a jury.**   ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __25__ day of __JUNE__, 20 __14__

_Dionell Payne_
(Signature of plaintiff or plaintiffs)

__DIONELL PAYNE__
(Print name)

__2012019167__
(I.D. Number)

__P.O. Box 089002 chicago ILL 60608__
(Address)

6

INMATE COPY

# John Mueller (Sheriff)

**From:** Marlene Fuentes (Sheriff)
**Sent:** Monday, June 02, 2014 11:10 AM
**To:** John Mueller (Sheriff)
**Subject:** RE: Payne, Dionell 2014x3168

Hello,

Yes, I did receive the electronic copy. Here is my answer to his grievance: " After a face to face visit with Mr. Payne, I attempted to provide reasonable access to programs and services. He denied all suggestions and appeared more concerned with pursuing litigation than gaining access to programs and services."

Thank you,

Marlene Fuentes
ADA Compliance Officer
Cook County Sheriff's Office
773.674.7768

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

**! This section is to be completed by Program Services staff - ONLY !** *(¡ Para ser llenado solo por el personal de Program Services !)*

*GRIEVANCE FORM PROCESSED AS:*

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

*REFERRED TO:*

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
PANE

PRINT - FIRST NAME *(Primer Nombre):*

ID Number *(# de Identificación):*

DIVISION *(División):*

LIVING UNIT *(Unidad):*

DATE *(Fecha):*
_____ / _____ / _____

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident – Time of Incident – Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)*

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso):*

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print):
S. Richardson

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED:
5 / 21 / 14

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:
_____ / _____ / _____

(FCN-47)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL # 20142168

## INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso):* Kayne

INMATE FIRST NAME *(Primer Nombre):* Quawell

ID Number *(# de Identificación):* 2011010 19167

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 000 Miscellaneous Program Issues ADA

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): ADA

DATE REFERRED: 5/24/14

RESPONSE BY PERSONNEL HANDLING REFERRAL: See attachment

PERSONNEL RESPONDING TO GRIEVANCE (Print): M Wella SIGNATURE: DIV./DEPT. 15 DATE: 6/3/14

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): SIGNATURE: DIV./DEPT. DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* ___/___/___

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* ___/___/___

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* Yes *(Si)* ☐ No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)* Response Stands.

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a):* SIGNATURE *(Firma del Administrador o/su Designado(a):):* DATE *(Fecha):* 6/11/14

INMATE SIGNATURE *(Firma del Preso):* DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación:)* ___/___/___

(FCN-48)(NOV 11)  (WHITE COPY – PROGRAM SERVICES)  (YELLOW COPY – C.R.W./PLATOON COUNSELOR)  (PINK COPY – INMATE)

DEFUNIAK
Cermak Doctor
OF 3 WEST

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☒ Other *Doctor* | | |

### INMATE INFORMATION

**DETAINEE NAME:** Dionell Payne

**DATE SUBMITTED:** 6/1/14

**DETAINEE ID NUMBER:** 20120|9167

**COURT DATE:** 6/6/14

**DIVISION:** 8 Cermak

**LIVING UNIT:** 3 west 225

**DETAINEE SIGNATURE:** D. Payne

### INMATE REQUEST (PLEASE PRINT)

I would Like To Know is there any reason
For me to not Have Yard, Gym, Church,
Library, Law Library, School or commissary
Including Food, is there any Medical reason
To Prevent Any of This.

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

SPOKE To Doctor Defunok and gave
Him Request Slip personally on
JUNE 2, 2014 was told I could
Participate in Program & Services By Doctor.

**STAFF SIGNATURE:**

**DATE INMATE RECEIVED RESPONSE/SERVICE**

(FCN-151)(OCT 11)

(6)

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INMATE REQUEST FORM

## CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☐ Other | | |

## INMATE INFORMATION

DETAINEE NAME: Dionell Payne
DATE SUBMITTED: 6/8/14

DETAINEE ID NUMBER: 20120/9167
COURT DATE: 7/1/14

DIVISION: 6 ccromk
LIVING UNIT: 3West 3HS

DETAINEE SIGNATURE: D. Payne

## INMATE REQUEST (PLEASE PRINT)

Would Like to participate in programs and
Services (School, Gym, Yard, Library, Law Library,
Church, and Commissry including Food) As
General Population participate.
                                    Thank you!!!

## STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

1 Director, Superintendent, Commander, Social Wrk
Religion Services supervisor

STAFF SIGNATURE:
DATE INMATE RECEIVED RESPONSE/SERVICE:

FCN-151)(OCT 11)

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | **RELIGIOUS SERVICES** |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☐ Other | | |

**INMATE INFORMATION**

DETAINEE NAME: Dionell Payne

DATE SUBMITTED: 5/18/14

DETAINEE ID NUMBER: 20121019167

COURT DATE: 6/6/14

DIVISION: 96 Cermok

LIVING UNIT: 3 West 3215

DETAINEE SIGNATURE: D. Payne

**INMATE REQUEST (PLEASE PRINT)**

Will OR When Will I Be able to
Pratice or Participate in Church
Services As other General
Populations Detonees Do.

**STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION**

Sent ed To Supt, Commander, Social Worker
And Inmate services, Dept of Religious services
Supervisor

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPONSE/SERVICE:

(FCN-151)(OCT 11)

Religious services

(3)

## COOK COUNTY
### DEPARTMENT OF CORRECTIONS
#### INMATE REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☑ Other | | Black Hebrew |

**INMATE INFORMATION**

| DETAINEE NAME: Dionell Porter | DATE SUBMITTED: 6/8/14 |
|---|---|
| DETAINEE ID NUMBER: 20140191167 | COURT DATE: 7/1/14 |
| DIVISION: C6 Cermak | LIVING UNIT: 3 west 3245 |
| DETAINEE SIGNATURE: D Pope | |

**INMATE REQUEST (PLEASE PRINT)**

To be able to participate in Church services
To fellowship and worship rather Baptist
Christian

Thank You !!!

**STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION**

1 Director, Religion Services, superintendent, Commander
Social Worker, Inmate services.

| STAFF SIGNATURE: | DATE INMATE RECEIVED RESPONSE/SERVICE: |
|---|---|

FCN-151)(OCT 11)

## COOK COUNTY
### DEPARTMENT OF CORRECTIONS
### INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☐ Other | | |

### INMATE INFORMATION

**DETAINEE NAME:** Dionell Payne

**DATE SUBMITTED:** 5/18/14

**DETAINEE ID NUMBER:** 2020192667

**COURT DATE:** 6/6/14

**DIVISION:** 8 Cermak

**LIVING UNIT:** 3W 3213

**DETAINEE SIGNATURE:** D Payne

### INMATE REQUEST (PLEASE PRINT)

Will OR When will I be able to
Participate in programs OR
SERVICES (Yard, Gym, School, Library,
Law Library, commissary) As General
Population detainee's classification does

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

Sented to supt, commander, LT, social worker,

**STAFF SIGNATURE:**

**DATE INMATE RECEIVED RESPONSE/SERVICE:**

(FCN-151)(OCT 11)

(6)

# COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☐ Other | | |

### INMATE INFORMATION

DETAINEE NAME: Oronell Payne

DATE SUBMITTED: 6/8/14

DETAINEE ID NUMBER: 2012019167

COURT DATE: 7/1/14

DIVISION: 8 Cermak

LIVING UNIT: 3West 3-15

DETAINEE SIGNATURE: D Payne

### INMATE REQUEST (PLEASE PRINT)

I Have written several Request & letter's
To No Avail, They have not been responded to
Denial of programs & services as General Population
Detainee's Receives (School, Yard, Gym, church, library
law Library, Commissary with food.)

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

1 Sent to Superintendent, commander, Senior
Religion Services Supervisor, Doctor of 3West
Director.

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPONSE/SERVICE:

FCN-151)(OCT 11)

Commander of
Div 6 cermak

**COOK COUNTY**
**DEPARTMENT OF CORRECTIONS**
**INMATE REQUEST FORM**

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES:**

| | | **RELIGIOUS SERVICES** |
|---|---|---|
| ☐ Walk-Out | ☐ Law Library | ☐ Muslim |
| ☐ Superintendent | ☐ Parole Information | ☐ Catholic |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Non-Denomination Christian |
| ☐ Commissary | ☐ Public Library | ☐ Baptist |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Jewish |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jehovah's Witness |
| ☐ G.E.D. (21 yrs and over) | | |
| ☒ Other | | |

**DETAINEE (LAST NAME) (PLEASE PRINT):**
Donell Payne

**DETAINEE ID NUMBER:**
2013-0819467

**DATE SUBMITTED:**
3/7/14

**COURT DATE:**
3/4/14

**DIVISION:**
Div 6 cermak

**LIVING UNIT:**
3 South cell 3105

**DETAINEE SIGNATURE:**
D. Payne

**INMATE REQUEST (PLEASE PRINT)**

I'm housed on 3 south my classification
is General population but yet I'm not
Able to buy food from commissary
I'm not housed because of discipliary
And would like to order as General population does

----------

**STAFF SIGNATURE:**

PICK UP 3/7/14

**DATE INMATE RECEIVED RESPONSE/SERVICE**

FCN-15-1 (OCT 11)

Barber School
Supervisor                                                    3

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☒ Other School | | |

### INMATE INFORMATION

DETAINEE NAME: Dionell Payne

DATE SUBMITTED: 6/13/14

DETAINEE ID NUMBER: 2012019167

COURT DATE: 7/1/14

DIVISION: 8 Cermak

LIVING UNIT: 3 West 3213

DETAINEE SIGNATURE: D Payne

### INMATE REQUEST (PLEASE PRINT)

I am a General population Detainee Asking
To participate in School/trade for the
Barber shop. I await the Responds

Thank you !!!

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPONSE/SERVICE:

(FCN-151)(OCT 11)

# COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INMATE REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | RELIGIOUS SERVICES | |
|---|---|---|---|
| ☐ While-Out | ☐ Law Library | ☐ Muslim | |
| ☐ Superintendent | ☐ Parole Information | ☐ Catholic | |
| ☐ Drug Unit Transfer | ☐ Immigration Information | | |
| ☐ Commissary | ☐ Public Library | ☒ Non-Denomination Christian | |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist | |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish | |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness | |
| ☐ Other | | | |

**INMATE INFORMATION**

| DETAINEE NAME: | Dioryl Payne | | |
|---|---|---|---|
| DETAINEE ID NUMBER: | 20131014167 | DATE SUBMITTED: 3/4/14 | |
| DIVISION: | 2 cermak | COURT DATE: 3/19/14 | LIVING UNIT: 3 South cell 303 |

DETAINEE SIGNATURE: *Dioryl Payne*

**INMATE REQUEST (PLEASE PRINT)**

Would like to participate in
Church services, I'm general population
And would like to attend service
To fellowship and worship

*Thank you !!!*

**STAFF RESPONSE — INMATES DO NOT WRITE IN THIS SECTION**

Pick Up 3/7/14

| STAFF SIGNATURE: | DATE INMATE RECEIVED RESPONSE/SERVICE: |
|---|---|

(FCN-151)(OCT 11)

Superintendent of
Div of Cermak

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INMATE REQUEST FORM

CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | | RELIGIOUS SERVICES |
|---|---|---|---|
| ☐ Walk Out | ☐ Law Library | ☐ Muslim | |
| ☒ Superintendent/CRW | ☐ Parole Information | ☐ Catholic | |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Non-Denomination Christian | |
| ☐ Commissary | ☐ Public Library | ☐ Baptist | |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Jewish | |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | | |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness | |
| ☐ Other | | | |

DETAINEE NAME: Donell Payne
DETAINEE ID NUMBER: 2014-0410667
DIVISION: Cermak
COURT DATE: 3/19/14
DATE SUBMITTED: 3/4/14
LIVING UNIT: 3 SOUTH Cell 3108

DETAINEE SIGNATURE: D Payne

INMATE REQUEST (PLEASE PRINT)

I have written several request letters to you but you have not responded to accessible housing Denial of services and commissary As General population receives I'm housed As General Population Detainee

PICK UP 3/7/14

STAFF SIGNATURE:
DATE INMATE RECEIVED RESPONSE/SERVICE:

FCN-151(OCT 11)