SKJ

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

Dionell Payne, Pro SE )
      Plaintiff, )
                   )
                   )
      V. )
COOK COUNTY, et al )
      Defendants, )

Case No. 14 C 5299

Judge Matthew F. Kennelly

**FILED**

FEB 24 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Status Report

1) Names of Witnesses to support my Claim; Commander Hulik Cook county Jail, Social worker Richardson Cook county Jail, Doctor Defuniak Cermak Health Services Cook county Jail, Superintendent Green Cook county Jail, Religious Services Supervisor Cook County Jail, Inmate Services Supervisor Cook County Jail, Director Cook County Jail, Detainee Michael Pryor #20130302068, Detainee Christopher Johnson, #20130409051, Detainee Maurice Boston #20120704092; Detainee Cornelius Pumell, Detainee Raytel Buchanon, Detainee Tiny Gilbert all of Cook county Jail, Marlene Fuentes Cook County Jail

2) I have Submitted Documents of Request slips to Cook county Staff's relating to my claim which I have attach to support my Claim. As well as Grievances Attach to my claim to support my claim

3) The defendant's have Policies and Guidelines that Govern the rights for all General Population Detainee's that will support my claim As well as federal Guidelines or mandates that also support my Claim.

4) Also I have attach Letter's, and Inmate Service application which is Basedon The Federal Bureau of Prison standards related to Religion and the Responds from J. Mueller Deputy Director which Shows my application and there responds. All related to my religious faith that was denied me.

(4)

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☒ Other | | *Block Hebrew* |

### INMATE INFORMATION

| DETAINEE NAME: *Dronell Payne* | DATE SUBMITTED: *9/4/14* |
|---|---|
| DETAINEE ID NUMBER: *2012/01916 7* | COURT DATE: *9/8/14* |
| DIVISION: *RTU 8* | LIVING UNIT: *3 0* |
| DETAINEE SIGNATURE: | |

### INMATE REQUEST (PLEASE PRINT)

*Would Like to participate in church TV practice and worship my faith when can I fellowship in service Tv worship GOD.*

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

| STAFF SIGNATURE: | DATE INMATE RECEIVED RESPONSE/SERVICE: |
|---|---|

FCN-151)(OCT 11)

Religious Services                              (3)

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☑ Other | | Black Hebrew |

### INMATE INFORMATION

DETAINEE NAME: Dionell Poxae
DATE SUBMITTED: 6/8/14
DETAINEE ID NUMBER: 20120191967
COURT DATE: 7/1/14
DIVISION: C6 Cermak
LIVING UNIT: 3 West 32/5
DETAINEE SIGNATURE: D Poxe

### INMATE REQUEST (PLEASE PRINT)

To be able to participate in Church services To fellowship and worship rather Baptist Christian

Thank you!!!

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

1 Director, Religion Services, superintendent, Commander Social Worker, Inmate Services.

STAFF SIGNATURE:
DATE INMATE RECEIVED RESPONSE/SERVICE:

FCN-151)(OCT. 11)

(6)

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | **RELIGIOUS SERVICES** |
| ☐ Superintendent | ☐ Parole Information | |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Muslim |
| ☐ Commissary | ☐ Public Library | ☐ Catholic |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Non-Denomination Christian |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Baptist |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jewish |
| ☐ Other | | ☐ Jehovah's Witness |

### INMATE INFORMATION

DETAINEE NAME: Dionell Payne

DATE SUBMITTED: 6/8/14

DETAINEE ID NUMBER: 20120191167

COURT DATE: 7/1/14

DIVISION: 8 ccmak

LIVING UNIT: 3 west 315

DETAINEE SIGNATURE: D. Payne

### INMATE REQUEST (PLEASE PRINT)

Would Like to participate in programs and Services (School, Gym, Yard, Library, Law Library, Church, and Commissary including Food) As General Population participate.

Thank You!!

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

1 Director, Superintendent, Commander, Social WR Religion Services supervisor

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPONSE/SERVICE

FCN-151)(OCT 11)

## COOK COUNTY
### DEPARTMENT OF CORRECTIONS
### INMATE REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☐ Other | | |

**INMATE INFORMATION**

DETAINEE NAME: Dionell Payne

DATE SUBMITTED: 5/18/14

DETAINEE ID NUMBER: 20121019167

COURT DATE: 6/6/14

DIVISION: 8 Cermak

LIVING UNIT: 3West 3215

DETAINEE SIGNATURE: D. Payne

**INMATE REQUEST (PLEASE PRINT)**

Will OR When Will I be able to Pratice or Portocipote in Church Services As other General Popvlations Detainees Do.

**STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION**

Sented To Supt, Commander, Social Worker And Inmate Services, Dept of Religious Services Supervisor

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPONSE/SERVICE:

(FCN-151)(OCT 11)

# COOK COUNTY
# DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES:

| | | | RELIGIOUS SERVICES |
|---|---|---|---|
| ☐ Write-Out | ☐ Law Library | | ☐ Muslim |
| ☐ Superintendent | ☐ Parole Information | | ☐ Catholic |
| ☐ Drug Unit Transfer | ☐ Immigration Information | | ☐ Non-Denomination Christian |
| ☐ Commissary | ☐ Public Library | | ☐ Baptist |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | | ☐ Jewish |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | | ☑ Jehovah's Witness |
| ☐ G.E.D. (21 yrs and over) | | | |
| ☒ Other | | | |

**DETAINEE'S NAME (PLEASE PRINT):** Darnell Payne

**START DATE:** 3/5/14

**DETAINEE ID NUMBER:** 20121019167

**COURT DATE:** 3/19/14

**DIVISION:** 5 Cermak

**LIVING UNIT:** 3 South 3105

**DETAINEE SIGNATURE:** D. Payne

**DETAINEE REQUEST (PLEASE PRINT):**

What are Dayroom times out and privileges for General Population Detainee's in Cermak?

**INMATE RESPONSE — DETAINEES CANNOT WRITE WHERE ESTIMATE SO DISPLAY:**

One went to Superintendent and one to Div 8 commander. Superintendent Greer Cermak commander And Sgt McGee of Div 8 Cermak.

**STAFF SIGNATURE:** Pick Up 3/7/14

**DATE INMATE RECEIVED RESPONSE/SERVICE:**

FCN-151(OCT 14)

*Barber School*
*Supervisor*

3

## COOK COUNTY
### DEPARTMENT OF CORRECTIONS
### INMATE REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | **RELIGIOUS SERVICES** |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☒ Other *School* | | |

**INMATE INFORMATION**

**DETAINEE NAME:** *Dionell Payne*

**DATE SUBMITTED:** *6/13/14*

**DETAINEE ID NUMBER:** *2012019167*

**COURT DATE:** *7/1/14*

**DIVISION:** *8 Cermak*

**LIVING UNIT:** *3West 3213*

**DETAINEE SIGNATURE:** *D Payne*

**INMATE REQUEST (PLEASE PRINT)**

*I am a General population Detainee Asking To participate in School/trade for the Barber Shop. I await the Responds*

*Thank you !!!*

**STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION**

**STAFF SIGNATURE:**

**DATE INMATE RECEIVED RESPONSE/SERVICE**

(FCN-151)(OCT 11)

Defoniak
Cermak Doctor

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☒ Other Doctor | | |

### INMATE INFORMATION

| DETAINEE NAME: Dionell Payne | DATE SUBMITTED: 6/1/14 |
|---|---|
| DETAINEE ID NUMBER: 20120191617 | COURT DATE: 6/6/14 |
| DIVISION: 8 Cermak | LIVING UNIT: 3 west 22ts |
| DETAINEE SIGNATURE: D Payne | |

### INMATE REQUEST (PLEASE PRINT)

I would Like To Know is there any reason
For me to not Have Yard, Gym, church,
Liblary, Law Library, School or Commissary
Including Food, 1s there any Medical reason
To prevent Any of This,

### STAFF RESPONSE — INMATES DO NOT WRITE IN THIS SECTION

Spoke with Doctor Defoniak gave him request slip
Personally on June 2, 2014 was told I could
Participate in program services Including having
Commissary with food By Doctor.

| STAFF SIGNATURE: | DATE INMATE RECEIVED RESPONSE/SERVICE |
|---|---|

(FCN-151)(OCT 11)

(6)

**COOK COUNTY**
**DEPARTMENT OF CORRECTIONS**
**INMATE REQUEST FORM**

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☐ Other | | |

### INMATE INFORMATION

DETAINEE NAME: Oronell Payne

DATE SUBMITTED: 6/8/14

DETAINEE ID NUMBER: 20120/9167

COURT DATE: 7/1/14

DIVISION: 8 CCrmak

LIVING UNIT: 3 West 345

DETAINEE SIGNATURE: D Payne

### INMATE REQUEST (PLEASE PRINT)

I Have written several Request & letter's
To No Avail, They have not been responded to
Denial of programs & Services as General population
Detainee's Receives (School, Yard, Gym, Church, library
law Library, Commissary with food.)

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

I Sent to Superintendent, Commander, Security,
Religion Services Supervisor, Doctor of 3West
Director.

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPONSE/SERVICE:

FCN-151)(OCT 11)

Superintendent of
Div 6 Cermak

# COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INMATE REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | |
|---|---|---|
| ☒ Write-Out | ☐ Law Library | **RELIGIOUS SERVICES** |
| ☒ Superintendent Grev | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☐ Other | | |

**DETAINEE INFORMATION**

DETAINEE NAME (PLEASE PRINT):
Dionell Payne

DATE SUBMITTED
3/4/14

DETAINEE ID NUMBER:
20120801167

COURT DATE:
3/28/14

LIVING UNIT:
3 South Cell 3105

DIVISION:
9

DETAINEE SIGNATURE:
D Payne

**INMATE REQUEST (PLEASE PRINT)**

I have written several request letter
to no Avail. You have not responded to
Accessible housing Denial of services and
commissary as General population Recieves
Im housed as General population Detainee

**DETAINEE RESPONSE — COMPLAINTS EXPRESSED WITHIN ENTIRE SECTION**

PICK UP 3/7/14

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPONSE/SERVICE:

FCN 15-3A (Oct 11)

INMATE COPY

**John Mueller (Sheriff)**

| | |
|---|---|
| **From:** | Marlene Fuentes (Sheriff) |
| **Sent:** | Monday, June 02, 2014 11:10 AM |
| **To:** | John Mueller (Sheriff) |
| **Subject:** | RE: Payne, Dionell 2014x3168 |

Hello,

Yes, I did receive the electronic copy. Here is my answer to his grievance: " After a face to face visit with Mr. Payne, I attempted to provide reasonable access to programs and services. He denied all suggestions and appeared more concerned with pursuing litigation than gaining access to programs and services."

Thank you.

Marlene Fuentes
ADA Compliance Officer
Cook County Sheriff's Office
773.674.7768



**KOLBE HOUSE**
JAIL MINISTRY
AT ASSUMPTION

January 23, 2015

To whom it may concern:

Mr. Dionell Payne (2012-1019167) a Cook County detainee in Division 8 RTU affirms to me that he is a lifelong Black Hebrew Israelite. He is requesting a diet that follows the traditions and faith practices of this religion.

I ask that his request be taken into consideration. Thank you for your attention. I remain

Sincerely yours,

Reverend Arturo Perez
Division Nine Staff Chaplain

To Whom It Concerns:

I Dionell Payne 20126019167 am Black Hebrew ISRAELites is My Religion thraghaut my life, Notice that you stated in The paper for Religious Diet that one can not eat meat My religion is not vegan and I can eat certain meat And on the commissary I can eat the meat that is solded I know my Dietary menu of meat's to eat Including fish I don't eat pork, eat fish, shrimp, or fot, the commissary does Not sale or promote Items that I do not eat, I'm very aware Of my intake and Diet concerning my eating habits and The Information I have given is to Inform you of my eating Of certain meats.

This is True and correct statements
Under Penalty of perjury that I                    Dionell PAYNE
Have furnishe to social worker                    D. Payne
At Cook County Jail this 2/2/15.                   20126019167



# COOK COUNTY DEPARTMENT OF CORRECTIONS -- INMATE SERVICES

### Religious Diet - Interview

| Inmate's Name (PRINT-Last Name, First Name): | ID Number: *2012 - 1019167* |
|---|---|
| *PAYNE DIONELL* | Division *08 RTU*     Unit: *3D* |

1. What is religious preference/faith ?

   *BLACK HEBREW ISRAELITE*

2. What religious diet are you requesting ?

   *KOSHER / HE IS ABLE TO EAT CERTAIN MEATS*

3. What are your religious dietary needs ?

   *NO YEAST ; FRESH VEGITABLES FROM APRIL 14 - APRIL 21 - FEAST OF HARVEST*

4. Do you understand that if your official religious preference/faith is NOT what was declared during the D.O.C. Receiving Process(In-Take), you may only be considered if you provide one of the following:  **1.)** A letter affirming your faith from your declared religious leader on organizational letterhead  *or*  **2.)** Confirmation of your faith by a CCDOC Chaplain ?

   _____ **YES**  _____ **NO**
   (Inmate's initials)    (Inmate's initials)

   **CCDOC Inmate Services Dept.**
   **Religious Diets**
   **2700 S. California Avenue**
   **Chicago, Illinois 60608**

5. Do you understand that the only religious diets offered at the CCDOC, are vegetarian or vegan based meal plans ?

   _____ **YES**  _____ **NO**
   (Inmate's initials)    (Inmate's initials)

6. Do you understand that you may only purchase and/or consume foods in compliance with your religious dietary laws from the commissary, if you are approved for the Religious Diet ?  This includes, but is not limited to all meat and meat by-products.

   _____ **YES**  _____ **NO**
   (Inmate's initials)    (Inmate's initials)     Violations may terminate your participation in this program

   **Signature of Inmate:** _____  **Date:** 1 /28/ 15

   **Signature of C.R.W.:** _____  **Date:** 1 /29/ 15

*This interview, as adapted by the Cook County Department of Corrections, is based on the Federal Bureau of Prison standards. Failure to respond to all the questions may "delay" or "void" your request.*

Inmate is **REQUIRED** to return this "completed" Religious Diet Interview to the CRW (Social Worker) for further processing.

*effective: 12/2013*

# Cook County
# Department of Corrections

# Religious Diet "APPROVAL"
# Suspension Notice

**DATE:**   **09 February 2015**

**TO:**   Dionell Payne          Inmate: 2012-1019167

**FROM:**   J. Mueller          Deputy Director

**RE:**   **Religious Diet**

Due to the response you provided on the Religious Diet Interview (01/29/15), the approval for a VEGAN meal is suspended until you have an understanding of Question **# 6.**

If you need assistance with obtaining an understanding, please speak with your CRW.

Please alert the CRW when there is a change and a "NEW" Religious Diet Interview will be provided.

**NOTE:**   **1. The VEGAN component is the ONLY approved meal available for your religious faith affiliation.**

**2. Meat purchases on commissary would violate the vegan meal component / tenants; therefore, no allowed.**

*see attachment*

*Inmate' Signature*: _____

CRW's Signature: _____

DATE:          _____ / _____ / _____

cc:   file