UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIONELL PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 5299 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Matthew F. Kennelly |
| COOK COUNTY et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT**

NOW COMES the Defendants, THOMAS DART and COOK COUNTY by and through their attorneys, Cook County State's Attorney Anita Alvarez, through her Assistant, Brian M. Casey, and for their Status Report, states as follows:

I.  **Names and Current Locations of Witnesses**

　　1. Marlene Fuentes – Cook County Sheriff's Office (Cook County Jail)

　　2. John Mueller – Cook County Sheriff's Office (Cook County Jail)

　　3. Dr. Defuniak – Cermak Health Services (Cook County Jail)

　　4. Supt. Jeff Johnsen – Cook County Sheriff's Office (Cook County Jail)

　　5. S. Richardson – Cook County Sheriff's Office (Cook County Jail)

　　6. Commander Hudik – Cook County Sheriff's Office (Cook County Jail)

II.  **Documents or Categories of Documents in Defendant's Possession**

　　1. Plaintiff's medical records

　　2. Booking Card/Booking History of Plaintiff

　　3. Cook County Jail Housing History of Plaintiff

1

4. Cook County Jail Movement History of Plaintiff

5. Grievances filed by Plaintiff

6. Plaintiff's disciplinary reports

7. Cook County Jail incident reports for Plaintiff

III.     **Documents or Categories of Documents Needed by Defendant**

Any and all documents in Plaintiff's possession that would support his claims, including grievances, responses to grievances, medical records,

Respectfully Submitted,

         ANITA ALVAREZ
         State's Attorney of Cook County

         By: /s/*Brian M. Casey*
             Brian M. Casey
             Assistant State's Attorney
             500 Richard J. Daley Center
             Chicago, Illinois 60602