

S6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DIONELL PAYNE
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

COOK COUNTY
TOM DART
MARLENE FUENTES
CERMAK HEALTH SERVICES

Case No: 14 C 5299
(To be supplied by the Clerk of this Court)

RECEIVED
FEB 27 2015 b
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**     **AMENDED COMPLAINT**

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants) A.D.A.

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: DIONELL PAYNE

   B. List all aliases: DEREK CAMERON

   C. Prisoner identification number: 20121019167

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: COOK COUNTY

   Title: COOK COUNTY OF CHICAGO

   Place of Employment: COOK COUNTY of Chicago

   B. Defendant: TOM DART

   Title: SHERIFF OF COOK COUNTY Jail

   Place of Employment: COOK COUNTY Jail

   C. Defendant: MARLENE FUENTES

   Title: ADA COMPLIANCE

   Place of Employment: COOK COUNTY

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) I'm Disable and am housed in Division R.T.U c/o tier 3D have Been housed in this division since 9/21/2014, this building was Builted to house myself and those with a disability and mentally Challenge. the building have been operating for about 2 to 3 years. Supposely being prepar to house the disable. (2) The RTU Division was builded to provide relief to a large number of Detainees with a disability as myself, to provide "Modifications" for those "Physically challenge" with access to Beds, Showers And Feeding Areas under the A.D.A. Standard, this standard Has been Mandated since 1990 as well as the Rehabilation Act (3) Disability include the Limitation of one or more major life activities which includes walking, standing, Bending, and caring for Oneself. The Meals and Showers are part of programs and Activities which cook county Jail has been aware of and has Ignore and made more difficult. (4) Cook County Jail has not provided Me Access to pull up or sit up to a table to dine, Play cards Or just sit to watch T.v. or write a Letter, Nor be able To Shower with the use of Medical equipment. forcing

4

Revised 9/2007

me to use a broom handle or ask some one able body to push the stand up shower. (5) Due to a concrete block placed in the so call handicap shower preventing me to use because of my Equilibrium, Due to being a TETRAPLEGIA recovering from being Paralyze from neck down with the use of a wheel chair not able to stand long as well as a fall victim. (6) Cook county, Tom Dart has created a systematic problem to myself by not being in compliant with the standards of A.D.A. Cook county jail is the leading jail in the United States that does not fix but continues to show Deliberate indifference to myself and other's that have a Disability. (7) Cook County and Tom Dart continue to ignore a Federal Mandate of A.D.A and the Rehabilation Act. My Pleas Complaints, Grievances and cry for Mercy has fell on deaf Ears. Since 8/21/2014 my stay thus far has been difficult to Shower, Eat at tables, or participate as other's able bodies Detainee's do. (8) To Sit or pull up to a table to have the same Enjoyment and pleasure at a table or Shower as one should being disable and in a wheelchair in this division doesn't give me that pleasure. being a TETRAPLEGIA makes it more Difficult to transfer to a Concrete Block, being without medical Equipment makes it difficult to stand long or sit up right

Because of my Balance, (9) To Watch other detainee's Peacefully enjoy their meals, Showers and Activities Denies me the same privileges and rights which causes me mental and physical stress. My Plea's Through Ms. Marlene Fuentes who is A.D.A. Compliance officer who also has Ignore plea's and cry's of my concerns of the Beds, feeding tables and showers by responding Repeatedly by saying there is no problem. (10) the building is handicap accessible and that medical equipment is being provided shower chairs/toilet chairs. Ms. Fuentes went so far as to tell my self stop complainting and grow up act like a man, to this responds was unprofessional of Ms. Fuentes. (11) This also show her lack of concern for the disable, her negligence in her title to prevent complaint not create a systematic problem, and Deliberate indifference this show cruel and unusual Punishment cause by negligence of Cook County Jail, Tom Dart, and Ms. Marlene Fuentes. (12) My Plea's Through Grievance process shows me that all parties could care Less about my Disability or my welfare see Ms. Marlene responds to complaint of Grievance where she saying we are aware and Capital changes are being

Made: (13) The RTU Division has been open 2-3 years when will the disable including my self stop being used as Guinea Pigs, what will it take to not discriminate or deprive me Equal Rights under the A.D.A. To be able to participate at a feeding/dining area, To shower and have access to medical Equipment (Shower chair/ Toilet chair) and Activities.

5

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) I have been Housed in division 8 cermak tier 3 west Room 3215 since Jan. 2014, I'm a tetraplegia, recovering from being parlyze from neck down, I use a wheelchair, walker, and cane for Movement I'm also classify as General population and have been mandated to cermak hospital. (2) Throughout my stay in cermak I have inform Cook county staff through request slip, verbally and grievance's of How I'm being deprived of programs and services based on my disability (which consist of School/trade's, church, General and law library, Yard Gym and commissary Food Items) to no Avail my plea's fell on death ears of this Right. (3) Being classify General population gives me the same Privileges as other's Detainee's that are general population. being housed In cermak has cause cook county to be indifferent to myself and other's that are general population and disable that also are mandated Medically or through the courts. I'm legally and physically disable with medical Devices for movement. (4) Cermak Health Services also house's mental Health detainee's which are allow certain programs and services that are A privileges (Meaning Yard that is a recreation). What makes these cermak detainee's different from me. The detainee's that are on

The compound of cook county Jail are mostly general population that Receives the right legally to participate in program and services As well as commissary, food etc, yard, gym, school/trade, Church, General And law library. Wheather disable or not, why should I be Deprive the same right what's makes those detainee's different I also need recreation for or to help in my disability, school/trade To educate my self futher, church to worship and fellowship My faith. General and law library to read and study, to research To help in my situation/legally. other detainee's are allow this Right why not me. (6) This place (cermak) is consider a hospital Which is to provide needs and services of the patiences Whether Disable or not. Here in cermak Nurse's and patience care Assistance's Are to help and assist cermak is part of the compound meaning Anywhere there are program and services they are on or within The compound.(7) If one cannot move limbs, bedridden or wheelchair Bound, needs to go to outside court or the hospital outside of the compound then medical staff or security are responsible to Take or Escort with pushing or helping to get one from place To place which is the same policy on the compound when detainee's Go to yard, gym, church, school/trade, General and law library and commissary Why should I be deprive of the same privileges that are accessible To me. cook county violate my civil rights of Institutionalize person act

Statement of Claim (5)

Which jeopardizes my health, by causing deficiencies in my Health. (8) Cook county has denie me the same privileges and Rights as other general population detainee's causing grievous Harm and resistance to my self and other's that are housed In cermak as general population detainee's from having Full Enjoyment of a constitutional right and a A.D.A. Standard. Cook county policy is that general population detainee's will Be able to participate in programs and services and receive commissary (with food etc) Being housed in cermak services Shouldn't deprive me the privileges to participate in programs And services due to my disability which shows Intentional Discrimination. (9) In responds to my grievance I was visited By A MS. Marlene Fuentes on May 28, 2014 who is n A.D.A Compliance officer of cook county sheriff's office, as well as a Attorney I was basically told by Ms. Fuentes that if I contact the judge who Mandated me to be housed in cermak to remove me then and only Then would I be able to participate in services and receive commissary (with food etc) to me I took as retaliation for the reason I'm housed in cermak. Ms. Fuentes display a very unprofessional responds by threating Me with a Alternative through contacting a judge to release me from being mandated. After this meeting with Ms. Fuentes, I notice My religion change from A muslim to "other" after complaining 2 or Months by request slips and grievances and was told by Ms. Fuentes She who do more for me if I leave cermak. My religion was changed days after my visit with Fuentes. Attach you will Find Grievances and Request's slips As well as Ms. Fue Responds where She said I was offer reasonable access. This day I am still denied and deprive participation in program. And commissary (Food etc)

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To have access to program and services including commissary, and the enjoyment to Dine, Shower and Rights and privilege as other General Population Detainee's that are able body, that Modification be made Retraining for MS. Fuentes Under A.D.A, have Access to School, Gym, Yard, trade, church, General and Law Library with Commissary with food Etc. to Advoid Retaliation and future Situation, THAT COMpensatory and Punitive Damages and Injunctive Relief be Awarded.

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __23__ day of __Feb__, 20__15__

_____
(Signature of plaintiff or plaintiffs)

DIONELL PAYNE
(Print name)

20121019167
(I.D. Number)

P.O. BOX 089002
Chicago IL, 60608
(Address)

6                                                                                            Revised 9/2007

# CERTIFICATE OF SERVICE

I, DIONELL PAYNE swear under penalty of perjury that I served a copy to Prisoner correspondence at 219 S. DEARBORN ST. Chicago IL 60604 By placing in the Mail at Cook County Jail on this 23rd Day of FEB, 2015.

Also Ask The CLERK of Courts to send me a copy of This Amended complaint due to not be able to receive Any copies for my files. Thank You.

*Dionell Payne*
DIONELL PAYNE
20120191617