**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division**

Dionell Payne

                    Plaintiff,

v.                                       Case No.: 1:14–cv–05299
                                                  Honorable Geraldine Soat Brown

Cook County, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 17, 2015:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held and continued to 12/10/15 at 9:00 a.m. Defendants shall make arrangements for Plaintiff to be available by telephone for the status hearing on 12/10/15. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.