UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Dionell Payne

                       Plaintiff,

v.                                              Case No.: 1:14–cv–05299
                                               Honorable Geraldine Soat Brown

Cook County, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 10, 2015:

       MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held and continued to 01/08/16 at 9:00 a.m. in Courtroom 1812. The court will request the services of the Settlement Assistance Program on behalf of Plaintiff. If plaintiff remains in custody, defendants shall make arrangements for Plaintiff to be available by telephone for the status hearing on 01/08/16. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.