## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Dionell Payne

                 Plaintiff,

v.

Cook County, et al.

                 Defendant.

Case No.: 1:14–cv–05299
Honorable Geraldine Soat Brown

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 8, 2016:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held. James Dominick Larry appears as Settlement Assistance Program counsel on behalf of plaintiff. The Clerk of Court is directed to add Benjamin Harris Richman as Settlement Assistance Program counsel on behalf of plaintiff. Settlement conference is set for 02/25/16 at 10:00 a.m. Defendants' counsel shall make arrangements for Plaintiff to be available for the settlement conference by video conference, if possible, or by telephone. Plaintiff shall serve the settlement letter(s) on defendants pursuant to paragraph one of this Court's standing order for settlement conference by 02/08/16. The defendants shall serve the responsive letter to the plaintiff's settlement letter(s) by 02/17/16. Counsel shall deliver copies of their respective letters to this Court's courtroom deputy at the time they are served. If the total number of pages including any exhibits is ten or fewer, counsel may email their letters to the courtroom deputy. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.