DIONELL PAYNE
  Plaintiff

V

COUNTY COOK et al
  Defendants

14-cv-5299
14-cv-7520
Case No. 7520, 5299
Judge BROWN

**FILED**
APR 2 0 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Motion of Violation of parties agreement and court order

To the Courts, come's now Dionell Payne, Plaintiff, pleading to the court for Violation of agreement on March 24, 2016 during a settlement conference. That all parties agree and stated on record, ONE of the said agreement was concerning my religious and to celebrate the passover feast, which was agree to upon my stay here at the county jail, I agree to Practice my religion and to celebrate my holy days, The defendant's Agree as well and stated also on the record that this would happen until I was released, This was agree and understood between parties This is a 1st Amendment right that I'm stating in this motion of Violation of Agreement. Within days of this agreement I was visited by two employee's of cook county jail who's names are Rolond LonKoh And Bruce Schmone concerning a court order told them by a State's Attorney of the settlement, I was told that a Simone Harris of Religious Service And a Rabbi would be contacting me to prepare for my passover To this day no one has. I was inform that I would be provided a Kosher Meal and a Rabbi would inform the food and religious department of the Passover, I have sent request slips to Kitchen, and Religious service in Advance to Avoid any Negligence, Now I'm days into my passover And have not been provided with any of the foods related to my holy Rites which have been provided to this day every year to the Jews

which have the same religion celebration as Hebrews This is truely disrespect to me and to the court order to continue to allow suffering to me as well as be deprive this constitutional Right. to see the Jews be able to celebrate this same right And me be denied is a travesty to the constitution and to be Discriminated against denie's me yet again my 1st Amend ment right. I ask that I be compensated for this violation of agreement which I have suffer yet again and been deprive and Denied more abuse at the have of Cook county et, al. because of These continual negellience cause me ASK that I be Awarded $1,000.00 (One Thousand dollar) more be cause of this Violation.

I, DIONELL PAYNE swear under penalty that I served a copy of the attached document on Judge Brown at 219 S. Dearborn St. Chicago IL 60604, by placing it in the mail at the Cook county Jail on 4/17/16

Respectfully Submitted
Payne