TO: CLERK OF COURTS;

15-cv-5970    14-cv-5299
14-cv-1430    13-cv-3341
14-cv-7520    14-cv-8443

TQM

This letter was return unto me, I was not filing a suit but merely Asking for a understanding and Clarification, because I'm Having deposit's where there deducting, and what's left, From Trust fund taking out 20% or Intials filing fee, I spend with Commissory, if commissory is not received or deliver to me I'm Refunded, Once that money is refunded back into my account, The Trust fund deportment deduct's again from it even when it is a Refund, I know they are not to deduct 20% twice but they do and Have, My understanding is that once a month they are to deduct 20% and that's what the Instiction says, but the trust Deportment doesn't follow instruction, I have Attach part of My trust account printout so you will see what I mean, You will See money refunded from commissory that they deducted from once And again, You will see where in the Same Month they Deducted 2, to 3 times in the Same Month, I only asking that I be refunded for the times they took out too many times in a Month and that I could receive a Waiver of Payments to All suits, 15 c 5970, 14 c 5299, 14 c 1430, 13 c 3341, 14 c 7520, and 14 c 8443 (which is a Amended complaint) This I Pray the Clerk resolve and quickly as needed.

FILED
APR 22 2016 EAA
4-22-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Respectfully
D Pope 2012/019/67

Asking instruction to how is the fee to be poyed per month, and I need those instruction to be sent to me (Dionell Payne) and trust fund Department 3/29/2016

TO: CLERK OF COURT. Because I'm being overcharge See Attach?

My name is Dionell Payne I'm housed at the cook county Jail, I'm writing because there's truely a misunderstanding of the Courts instructions explaining to the Trust fund officer of The trust fund department that after deducting the Initial Partial filing fee they are to deduct 20% once a month well the county has deducted many times in the same month which is not what the CLERK order, the order Specificully States once a month, I need for the county trust officer To receive the Instruction order's again explaining that order because I'm being violated, by no one here following the order, for Example I can receive a gift of a $100.00 dollar Depending on how many civil cases I have they will charge And deduct 20% plus partial filing fee per civil suit X's 5, or 6 which is over the 20% stated, I filed Indigent Because I'm not able to pay the filing fee, I pray that the clerk and courts understand my situation, I not able to work, nor do I have a job to aid me in poying these's fee's I ask that my fee's be Waived and that the trust department be order to refund me of the deduction that were Taken from me no matter what I received in a month I was charged and deducted 6 times the Amount order of 28% or 6 times the Initial filing fees. Because of this lack of understanding this has caused a great inconvenience to me And my survival while housed in the Jail here, The Trust fund Department has Ignore and neglected the order and does what It wants without regards to my livelihood. The CLERK

Instruction are precise and clear, and easy to follow if one's obey the Rules and orders, I have 6 civil cases that forma pauperis and the initial filing fee is being deducted all at one time per individual suit, instead of being deducted one fee of 20% (Example I receive $100.00 20% of this is $20.00 but here in the trust fund office I'm being charge $60 – $70.00 every time and some time deducted several times in one month. My plead to the CLERK OF COURTS is that I'm not able to constantly afford to continually to paid these fee's and ask that my fee's be waived and refunded back to me. That cook county Jail TRSt fund department stop deducting the 20% and taking more then what the CLERK has order per month and that I be refunded the over charging, of the 6 civil cases that the court has asset forma pauperis and initial partial filing fee's, These are the case Numbers 15 C 5970, 14 C 5299, 14 C 1430, 13 C 3341 and 14 C 7520, and 14 C 4443. All cases are PAYNE v. COOK COUNTY, and PAYNE v TOM DART, et al. In each the CLERK state's deduct 20% each calendar month The trust fund department stated to me that the CLERK order them to deduct 20% and partial filing fee per suit meaning you order multiple deduction every time I receive money in my account no matter if it's the same month take it which is not right. I pray you respond quickly to resolve the problem I'm suffering from. I have attach and highlighted some example, not asking to suit just need instruction to verify how to pay because there's a misunderstanding I'm overcharge Respectfully MR. Oravell Payne

**Resident Funds Inquiry**
Print Page Content
Reset Password
Logout

Resident ID: 20121019167    [Submit]

Resident ID: **20121019167**
Resident Name: **PAYNE , DIONELL**
Date of Birth: **1965-03-13**
Location: **- D083C - D2 - X5**

## Account Activity:                                                                 Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3/28/2016 | 119970795 | FORMA PAUPERIS | IPFF 15C5970 10/26/15 | -31.60 | 20.29 | 0.00 | 0.00 | 0.00 | 20.29 |
| 3/28/2016 | 119970793 | FORMA PAUPERIS | 20% 11C6623 10/8/15 | -12.00 | 51.89 | 0.00 | 0.00 | 0.00 | 51.89 |
| 3/28/2016 | 119970791 | FORMA PAUPERIS | 20% 14C07520 11/3/14 | -12.00 | 63.89 | 0.00 | 0.00 | 0.00 | 63.89 |
| 3/28/2016 | 119970789 | FORMA PAUPERIS | 20% 13C03341 5/7/13 | -12.00 | 75.89 | 0.00 | 0.00 | 0.00 | 75.89 |
| 3/28/2016 | 119970787 | FORMA PAUPERIS | 20% 14C05299 8/8/14 | -12.00 | 87.89 | 0.00 | 0.00 | 0.00 | 87.89 |
| 3/28/2016 | 119968643 | DEPWU | 1412079890 03/23 | 60.00 | 99.89 | 0.00 | 0.00 | 0.00 | 99.89 |
| 3/23/2016 | 119959407 | ERF | OID:102227916-ComisaryRefund-Reg | 39.78 | 39.89 | 0.00 | 0.00 | 0.00 | 39.89 |
| 3/15/2016 | 119929824 | EPR | OID:102227916-ComisaryPurch-Reg | -39.78 | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |
| 3/09/2016 | 119903790 | ERF | OID:102216684-ComisaryRefund-Reg | 39.80 | 39.89 | 0.00 | 0.00 | 0.00 | 39.89 |
| 3/08/2016 | 119901754 | EPR | OID:102222275-ComisaryPurch-Reg | -20.23 | 0.09 | 0.00 | 0.00 | 0.00 | 0.09 |
| 3/02/2016 | 119878889 | FORMA PAUPERIS | 20% 11C6623 10-8-15 | -5.00 | 20.32 | 0.00 | 0.00 | 0.00 | 20.32 |
| 3/02/2016 | 119877086 | DEPMO | 23373578160 | 25.00 | 25.32 | 0.00 | 0.00 | 0.00 | 25.32 |
| 3/01/2016 | 119874626 | EPR | OID:102216684-ComisaryPurch-Reg | -39.80 | 0.32 | 0.00 | 0.00 | 0.00 | 0.32 |
| 2/24/2016 | 119852391 | FORMA PAUPERIS | 20% 14C05299 8/8/14 | -10.00 | 40.12 | 0.00 | 0.00 | 0.00 | 40.12 |
| 2/24/2016 | 119851478 | DEPWU | 7311441770 02/23/16 | 50.00 | 50.12 | 0.00 | 0.00 | 0.00 | 50.12 |
| 1/26/2016 | 119746625 | EPR | | -19.93 | 0.12 | 0.00 | 0.00 | 0.00 | 0.12 |

I, DIONELL PAYNE, Swear under Penalty of Perjury That I served a copy of the attached documents to the clerk of the Courts at 219 S. Dearborn St. Chicago IL, 60604 By placing in the mail at the Cook County Jail on 3/29/16

*[signature]*

| Date | Type | Reference | Amount | Balance | | |
|---|---|---|---:|---:|---:|---:|
| | | 20% 14C05299 8/8/14 | | | | |
| 7/30/2015 | DEPMO | 2308617020 | 25.00 | 25.36 | 0.00 | 25.36 |
| 7/14/2015 | EPR | OID:102038528-ComisaryPurch-Reg | -23.62 | 0.36 | 0.00 | 0.36 |
| 7/13/2015 | ERF | OID:102033529-ComisaryRefund-Reg | 23.64 | 23.98 | 0.00 | 23.98 |
| 7/07/2015 | EPR | OID:102033529-ComisaryPurch-Reg | -58.12 | 0.34 | 0.00 | 0.34 |
| 6/29/2015 | FORMA PAUPERIS | 20% 14C07520 11/3/14 | -14.61 | 58.46 | 0.00 | 58.46 |
| 6/29/2015 | DEPWU | 1661107260 6/27/15 | 73.05 | 73.07 | 0.00 | 73.07 |
| 6/09/2015 | EPR | OID:102013300-ComisaryPurch-Reg | -30.27 | 0.02 | 0.00 | 0.02 |
| 6/09/2015 | ERF | OID:102007810-ComisaryRefund-Reg | 30.04 | 30.29 | 0.00 | 30.29 |
| 6/02/2015 | EPR | OID:102007810-ComisaryPurch-Reg | -30.04 | 0.25 | 0.00 | 0.25 |
| 5/28/2015 | ERF | OID:101999108-ComisaryRefund-Reg | 11.60 | 30.29 | 0.00 | 30.29 |
| 5/21/2015 | FORMA PAUPERIS | IPFF 14C07520 11/3/14 | -21.20 | 18.69 | 0.00 | 18.69 |
| 5/19/2015 | EPR | OID:101999108-ComisaryPurch-Reg | -46.11 | 39.89 | 0.00 | 39.89 |
| 5/19/2015 | FORMA PAUPERIS | IPFF 13C03341 5/7/13 | -10.60 | 86.00 | 0.00 | 86.00 |
| 5/18/2015 | ERF | OID:101993659-ComisaryRefund-Reg | 9.40 | 96.60 | 0.00 | 96.60 |
| 5/12/2015 | EPR | OID:101993659-ComisaryPurch-Reg | -49.21 | 87.20 | 0.00 | 87.20 |
| 5/11/2015 | ERF | OID:101988503-ComisaryRefund-Reg | 4.12 | 136.41 | 0.00 | 136.41 |
| 5/05/2015 | EPR | OID:101988503-ComisaryPurch-Reg | -53.30 | 132.29 | 0.00 | 132.29 |
| 5/04/2015 | ERF | OID:101983371-ComisaryRefund-Reg | 7.76 | 185.59 | 0.00 | 185.59 |

**Resident Funds Inquiry**
Current User Name:**DOC**Logout

ResId: 20121019167    Submit

Resident Id: **20121019167**
Resident Name:**PAYNE , DIONELL**
Date of Birth:**1965-03-13**
Location:**D083H-D6 -7**

**Account Activity:**                                                                 Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 8/25/2015 | EPR | OID:102071464-ComisaryPurch-Reg | -15.66 | 0.82 | 0.00 | 0.82 |
| 8/19/2015 | FORMA PAUPERIS | 20% 14C05299 8/8/14 | -8.00 | 16.48 | 0.00 | 16.48 |
| 8/19/2015 | FORMA PAUPERIS | 20% 13C03341 5/7/13 | -8.00 | 24.48 | 0.00 | 24.48 |
| 8/19/2015 | FORMA PAUPERIS | 20% 14C07520 11/3/14 | -8.00 | 32.48 | 0.00 | 32.48 |
| 8/19/2015 | DEPWU | 8253280310 8/18 | 40.00 | 40.48 | 0.00 | 40.48 |
| 8/11/2015 | EPR | OID:102060774-ComisaryPurch-Reg | -7.44 | 0.48 | 0.00 | 0.48 |
| 8/10/2015 | ERF | OID:102055661-ComisaryRefund-Reg | 6.34 | 7.92 | 0.00 | 7.92 |
| 8/10/2015 | ERF | OID:102055661-ComisaryRefund-Reg | 1.28 | 1.58 | 0.00 | 1.58 |
| 8/04/2015 | EPR | OID:102055661-ComisaryPurch-Reg | -50.06 | 0.30 | 0.00 | 0.30 |
| 8/03/2015 | FORMA PAUPERIS | 20% 14C07520 11/3/14 | -20.00 | 50.36 | 0.00 | 50.36 |
| 8/03/2015 | FORMA PAUPERIS | 20% 13C03341 5/7/13 | -20.00 | 70.36 | 0.00 | 70.36 |
| 8/03/2015 | FORMA PAUPERIS | 20% 14C05299 8/8/47 | -20.00 | 90.36 | 0.00 | 90.36 |
| 8/03/2015 | DEPWU | 6669191610 8/1 | 100.00 | 110.36 | 0.00 | 110.36 |
| 7/30/2015 | FORMA PAUPERIS | 20% 14C07520 11/3/14 | -5.00 | 10.36 | 0.00 | 10.36 |
| 7/30/2015 | FORMA PAUPERIS | 20% 13C03341 5/7/13 | -5.00 | 15.36 | 0.00 | 15.36 |
| 7/30/2015 | FORMA PAUPERIS |  | -5.00 | 20.36 | 0.00 | 20.36 |

http://69.211.55.241/KCNQueryWebReporting/AccountDetails.aspx                                    8/27/2015

| Date | Ref # | Type | Description | Amount | Bal1 | Bal2 | Bal3 | Bal4 | Bal5 |
|---|---|---|---|---|---|---|---|---|---|
| | | | OID:102189445-ComisaryPurch-Reg | | | | | | |
| 1/20/2016 | 119726301 | FORMA PAUPERIS | 20% 11C6623 10/8/15 | -5.00 | 20.05 | 0.00 | 0.00 | 0.00 | 20.05 |
| 1/20/2016 | 119725407 | DEPMO | 23373542204 | 25.00 | 25.05 | 0.00 | 0.00 | 0.00 | 25.05 |
| 1/19/2016 | 119724116 | EPR | OID:102184337-ComisaryPurch-Reg | -15.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.05 |
| 1/14/2016 | 119705311 | 3RD PRTY CK | 3PC-CRW-CERTIFIED MAIL | -8.55 | 15.05 | 0.00 | 0.00 | 0.00 | 15.05 |
| 12/30/2015 | 119654456 | ERF | OID:102148046-ComisaryRefund-Reg | 2.73 | 23.60 | 0.00 | 0.00 | 0.00 | 23.60 |
| 12/24/2015 | 119646676 | FORMA PAUPERIS | 20% 14C05299 8/8/14 | -5.00 | 20.87 | 0.00 | 0.00 | 0.00 | 20.87 |
| 12/24/2015 | 119646154 | DEPMO | 23341461164 | 25.00 | 25.87 | 0.00 | 0.00 | 0.00 | 25.87 |
| 12/22/2015 | 119641545 | EPR | OID:102167963-ComisaryPurch-Reg | -8.03 | 0.87 | 0.00 | 0.00 | 0.00 | 0.87 |
| 12/08/2015 | 119584563 | EPR | OID:102153590-ComisaryPurch-Reg | -2.97 | 8.90 | 0.00 | 0.00 | 0.00 | 8.90 |
| 12/01/2015 | 119558982 | EPR | OID:102148046-ComisaryPurch-Reg | -8.31 | 11.87 | 0.00 | 0.00 | 0.00 | 11.87 |
| 11/18/2015 | 119517718 | FORMA PAUPERIS | 20% 11C6623 10/8/15 | -5.00 | 20.18 | 0.00 | 0.00 | 0.00 | 20.18 |
| 11/18/2015 | 119516737 | DEPMO | 23341416131 | 25.00 | 25.18 | 0.00 | 0.00 | 0.00 | 25.18 |
| 11/10/2015 | 119487419 | EPR | OID:102132098-ComisaryPurch-Reg | -0.65 | 0.18 | 0.00 | 0.00 | 0.00 | 0.18 |
| 10/20/2015 | 119409422 | EPR | OID:102115066-ComisaryPurch-Reg | -10.74 | 0.83 | 0.00 | 0.00 | 0.00 | 0.83 |
| 10/13/2015 | 119376071 | FORMA PAUPERIS | IPFF 11C6623 10/8/15 | -9.60 | 11.57 | 0.00 | 0.00 | 0.00 | 11.57 |
| 10/11/2015 | 119368546 | ERF | OID:102103224-ComisaryRefund-Reg | 20.66 | 21.17 | 0.00 | 0.00 | 0.00 | 21.17 |
| 10/06/2015 | 119356179 | EPR | OID:102103224-ComisaryPurch-Reg | -40.18 | 0.51 | 0.00 | 0.00 | 0.00 | 0.51 |
| 10/05/2015 | 119342910 | ERF | OID:102097009-ComisaryRefund-Reg | 8.11 | 40.69 | 0.00 | 0.00 | 0.00 | 40.69 |
| 10/01/2015 | 119333310 | FORMA PAUPERIS | 20% 14C07520 11/3/14 | -8.00 | 32.58 | 0.00 | 0.00 | 0.00 | 32.58 |
| 10/01/2015 | 119332467 | DEPMO | 549149 | 40.00 | 40.58 | 0.00 | 0.00 | 0.00 | 40.58 |
| 9/29/2015 | 119324949 | EPR | OID:102097009-ComisaryPurch-Reg | -19.75 | 0.58 | 0.00 | 0.00 | 0.00 | 0.58 |
| 9/23/2015 | 119302324 | FORMA PAUPERIS | | -5.00 | 20.33 | 0.00 | 0.00 | 0.00 | 20.33 |